**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MATTHEW W. BARNETT**                                                          **PLAINTIFF**
**ADC #135607**

v.                    **CASE NO. 1:16-CV-00156 BSM**

**WENDY KELLEY, et al.**                                                     **DEFENDANT**S

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 6] recommended dismissing plaintiff Matthew Barnett's 42 U.S.C. § 1983 claim against the Grimes Correctional Unit. Barnett's objections do not challenge this recommended dismissal, but instead focus on whether he alleged a proper Americans with Disabilities Act claim against the unit. After reviewing the record, the PRD is adopted, and Barnett's section 1983 claim against the unit is dismissed with prejudice.

The matter is returned to the magistrate judge to assess whether Barnett's claim against the unit under the Americans with Disabilities Act survives screening and whether service is appropriate.

IT IS SO ORDERED this 28th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE